Oether, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN RAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br>v.<br><br>ALCOBRA, LTD., YARON DANIELY and TOMER BERKOVITZ,<br><br>       Defendants. | No. 1:17-cv-1233-JPO |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

  WHEREAS, on February 17, 2017, the above-captioned putative shareholder class action (the "Action") was filed in this Court, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5;

  WHEREAS, on April 18, 2017, Movants Mike Oldham and Rod Schlosser ("Movants") filed the sole Motion to Appoint Lead Plaintiff and Lead Counsel in the above-captioned action (the "Lead Plaintiff Motion");

  WHEREAS, by Order dated May 31, 2017, the Court granted the parties' joint stipulation extending time to respond to complaint [Dkt. 19];

  WHEREAS, by Order dated July 21, 2017 (the "July 21 Order"), the Court appointed Movants as lead plaintiffs ("Lead Plaintiffs") [Dkt. 22];

  WHEREAS, in its July 21 Order, the Court approved Lead Plaintiffs' selection of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP lead counsel and appointed the firm as lead counsel for the putative class ("Lead Counsel") [Dkt. 22];

WHEREAS, in its July 21 Order, the Court ordered that Lead Plaintiffs shall file a consolidated amended complaint no later than October 17, 2017;

WHEREAS, Lead Plaintiffs and Lead Counsel have determined to dismiss the Action;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a), the parties to the Action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The above action is voluntarily DISMISSED WITHOUT PREJUDICE as to the above-named Lead Plaintiffs and members of the putative class.

2. The parties shall bear their own attorneys' fees and other expenses.

Dated: October 17, 2017

Respectfully submitted,

_____
Gregory M. Nespole
Benjamin Y. Kaufman
Gloria Kui Melwani
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
gmn@whafh.com
kaufman@whafh.com
melwani@whafh.com

*Lead Counsel for the Class*

Respectfully submitted,

_____
Lyle Roberts (*pro hac vice*)
George Anhang
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
lroberts@cooley.com
ganhang@cooley.com

Jonathan P. Bach
COOLEY LLP
1114 Avenue of the Americas
250 Greenwich Street
New York, NY 10007
Tel: (212) 479-6000
Fax: (212) 479-6275
jbach@cooley.com

*Counsel for Defendants*

**SO ORDERED:**

10/19/17

_____
J. PAUL OETKEN
United States District Judge